458 A.2d 273

Commonwealth v. Butler, Appellant.

Petition for Allowance of Appeal
Denied July 13, 1983.

Submitted January 7, 1982. Barry R. Scatton, for appellant; Daniel Lee Howsare, District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

Order affirmed.